UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14010

18 USC 1956(a)(3)(B)
18 USC 1956(h)

UNITED STATES OF AMERICA,

v.

ROMAN C. MESINA, and
JOHN R. TAYLOR,

Defendants.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

### MONEY LAUNDERING CONSPIRACY

From in or about July, 2002, to January 22, 2003, in Martin and Palm Beach Counties, in the Southern District of Florida and elsewhere, the defendants,

**ROMAN C. MESINA, and
JOHN R. TAYLOR,**

did knowingly combine, confederate and agree with each other and with others known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions, affecting interstate commerce, involving property represented to be the proceeds of specified unlawful activity with the intent to conceal or disguise the nature, location, source, ownership, or control

1

of the property believed to be the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

All in violation of Title 18, United States Code, Section 1956(h).

                                            A TRUE BILL

                                            _____
                                            FOREPERSON

for _____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
MARK D. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

v.                                  **CERTIFICATE OF TRIAL ATTORNEY***

**ROMAN C. MESINA and**
**JOHN R. TAYLOR**                  03-14010-CR-GRAHAM

                                    Superseding Case Information:

**Court Division:** (Select One)    New Defendant(s)      Yes ___  No ___
                                    Number of New Defendants _____
___ Miami   ___ Key West            Total number of counts _____
___ FTL     ___ WPB  _X_ FTP

    I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No) _No_
    List language and/or dialect _____

4.  This case will take _8_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                        (Check only one)

    I    0 to 5 days      ___              Petty     ___
    II   6 to 10 days     _X_              Minor     ___
    III  11 to 20 days    ___              Misdem.   ___
    IV   21 to 60 days    ___              Felony    _X_
    V    61 days and over ___

6.  Has this case been previously filed in this District Court? (Yes or No) _No_
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) _No_
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

    Is this a potential death penalty case? (Yes or No) _No_

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _____
                                    Mark D. Johnson
                                    Assistant United States Attorney
                                    Florida Bar No. 0208205

*Penalty Sheet(s) attached                                  REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

CASE NO.

Defendant's Name: **ROMAN C. MESINA**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY* |
|---|---|---|---|
| 1 | Money Laundering | 18:1956(a)(3)(B) & 18:1956(h) | 20 years; $500,000 fine or twice the amount laundered; 3 years SR |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

CASE NO.

Defendant's Name: **JOHN R. TAYLOR**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY* |
|---|---|---|---|
| 1 | Money Laundering | 18:1956(a)(3)(B) & 18:1956(h) | 20 years; $500,000 fine or twice the amount laundered; 3 years SR |

FGJ 02-01 (FTP)

FGJ No. 1019

No. _____

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ FLORIDA

_____ NORTHERN _____ Division

THE UNITED STATES OF AMERICA

vs.

ROMAN C. MESINA and

JOHN R. TAYLOR

## INDICTMENT

18 USC 1956(a)(3)(B)
18 USC 1956(h)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

FORM DSD-34
JUN. 85