UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.
CT. REP.
JUN 0 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

                                               Case 03-14010-Cr-GRAHAM

          Plaintiff,

vs.                                FORT PIERCE, *FLORIDA*
                                        JANUARY 23, 2003

ROMAN C. MESINA,

          Defendant.

TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE FRANK J. LYNCH,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                U.S. Attorney's Office
                BY: **MARK JOHNSON, A.U.S.A.**
                500 East Broward Blvd., 7th Floor
                Ft. Lauderdale, FL 33301

FOR THE DEFENDANT:

                **LEON WATTS, A.F.P.D.**
                *Federal Public Defender's Office*
                200 South Indian Drive
                Ft. Pierce, FL   33130

REPORTED BY:       JERALD M. MEYERS, RPR-CM
                Miami, FL   33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**