IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:06-CV-14325-GRAHAM/WHITE
03-14010-CR-GRAHAM

ROMAN C. MESINA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.



### NOTICE OF AMENDED MOTION FOR AN ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT FOR AMENDED REPLY TO GOVERNMENT'S SUPPLEMENTAL ANSWER TO MOVANT MESINA'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (CV-DE#40)

**PLEASE TAKE NOTICE** that Roman C. Mesina, *pro se* and *in forma pauperis*, hereby moves this court for an **Order** granting leave to exceed the page limits of S.D.Fla.L.R.7.1.C.2, because movant's Amended Reply to the Government's Supplemental Answer is approximately 34 pages in length and parties are entitled to file response memoranda that are no more than 20 pages in length, unless the Court permits otherwise, and on the grounds that more than 20 pages are needed by the Movant in his Reply because the Government's Supplemental Answer is 41 pages long; does not address factual allegations, and

sets forth issues that Movant did not address in his original filing; in addition to highly misleading arguments which warrant a response in order to present the Court with a complete understanding of the facts and law applicable in this case; together with further and other relief this court may deem just and proper.

Dated: August 13, 2007                    Respectfully Submitted by:

                                          ROMAN C. MESINA, *pro se*
                                          Reg. No. 74753-004
                                          FCI-LORETTO
                                          P.O. BOX 1000
                                          LORETTO, PA 15940-1000